An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK LOUIS WARD, AN INDIVIDUAL,

        Appellant,

vs.

BRENDA D. BELL, AN INDIVIDUAL; AND MARLENE ROJAS, AN INDIVIDUAL,

        Respondents.

No. 67945

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order disposing of a series of interlocutory motions in an action for partition of real property. Appellant is proceeding in pro se. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, the order appealed from is not a final, appealable order. The complaint for partition remains pending below, and the district court has directed appellant to file an answer to the complaint by May 6, 2015, and has set a status hearing for May 14, 2015. *See* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-16600

cc:     Hon. Patrick Flanagan, District Judge
        Frederick Louis Ward
        King & Russo, Ltd.
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A